**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAKE CHARLES DIVISION**

| | |
|---|---|
| SHABBAR RAFIQ | CIVIL ACTION NO. 19-0615-P |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| R. MYERS | MAGISTRATE JUDGE KAY |

**JUDGMENT**

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, including the response filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that this petition for *habeas corpus* be **DENIED** and **DISMISSED WITHOUT PREJUDICE**.

**THUS DONE AND SIGNED** at Shreveport, Louisiana, this the 24th day of July, 2019.

S. MAURICE HICKS, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT